In the Matter of the Arbitration between LAWRENCE MYERS et al., Appellants, and BENJAMIN LEIBEL, Respondent, et al., Defendants.

Submitted June 6, 1952; decided July 15, 1952.

*Theodore S. Jaffin* and *Herber Feiler* for appellants.
*Samuel Rubin* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and DYE, JJ. FULD and FROESSEL, JJ., dissent upon the ground that appellants are entitled to arbitration unconditionally; whenever Leibel brought dissolution proceedings, appellants would be entitled to a stay under the provisions of section 1451 of the Civil Practice Act. Not sitting: CONWAY, J.